FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 22  AM 7: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAMIAN BODE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-3523** |
| **BURL CAIN, WARDEN, LSP** | **SECTION: "I" (6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Damian Bode, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the petition of Damian Bode for issuance of a writ habeas corpus under 28 U.S.C. § 2254 is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X /Dktd_____
✓ CtRmDep_____
Doc. No_____